**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE<br>ANDERSON, Mark G.<br>xxx-xx-6782<br>ANDERSON, Sharon E.<br>xxx-xx-1428<br>                    Debtor(s) | Chapter 13<br>Case No. 09-18779-FJB |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTORS' CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtors' Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtors commenced this case by filing a petition under Chapter 13 on September 15, 2009.

2. On November 17, 2009, the Trustee presided over a 341 meeting of creditors and examined the Debtors. On March 4, 2010 the Debtors filed an amended plan. The Trustee cannot recommend the Plan for confirmation at this time because it is not feasible.

3. Specifically, the Plan proposes monthly plan payments of $300.00 over a term of 60 months for a total plan cost of approximately $18,000.00.

4. According to Debtors' Schedules I and J, the Debtors' monthly net disposable income totals $92.28 which is not sufficient disposable income to fund the Plan.

5. In addition, the amended plan is miscalculated. The amended plan proposes a 7% dividend of $147,212.44 which equals $10,305.00 not $9,700.00.

6. Further, the Plan includes $6,500.00 in attorney's fees in Section IV. The Fee Application filed by the Debtors' attorney indicates that a retainer of $2,700.00 was paid and that the attorney is owed a balance of $3,800.00. The Trustee has also objected to the Fee Application

7. If the administrative claim is adjusted to $3,800.00 (assuming this amount is approved by the court) there will be an additional $2,700.00 available to unsecured creditors.

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated:  March 26, 2010

    Respectfully submitted,

    By: /s/ Carolyn Bankowski
    Carolyn Bankowski, BBO#631056
    Patricia A. Remer, BBO#639594
    Standing Chapter 13 Trustee
    PO Box 8250
    Boston, MA  02114
    (617) 723-1313

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE<br>ANDERSON, Mark G.<br>xxx-xx-6782<br>ANDERSON, Sharon E.<br>xxx-xx-1428<br>                  Debtor(s) | Chapter 13<br>Case No. 09-18779-FJB |

**Certificate of Service**

      The undersigned hereby certifies that on March 26, 2010, a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the debtor and debtor's counsel at the addresses set forth below.

      Mark & Sharon Anderson
      12 Liberty Street
      Beverley, MA  01915

      Richard M. Canzano
      36 Commerce Way
      Woburn, MA  01801

                                                             /s/ Carolyn Bankowski